IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Haynes, Stacie K | Case Number: 04 B 20097 |
|---|---|---|
|  | Haynes, Riley T | Judge: Hollis, Pamela S |
|  | Printed: 01/22/09 | Filed: 5/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: December 18, 2008
Confirmed: July 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 33,017.65 |  |
| Secured: |  | 22,211.47 |
| Unsecured: |  | 6,805.19 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,094.40 |
| Trustee Fee: |  | 1,748.94 |
| Other Funds: |  | 157.65 |
| Totals: | 33,017.65 | 33,017.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,094.40 | 2,094.40 |
| 2. | Rogers & Hollands Jewelers | Secured | 713.81 | 713.81 |
| 3. | Wells Fargo Fin Acceptance | Secured | 21,497.66 | 21,497.66 |
| 4. | Cash-Data | Unsecured | 24.95 | 57.11 |
| 5. | RoundUp Funding LLC | Unsecured | 538.60 | 1,232.74 |
| 6. | Premier Bankcard | Unsecured | 34.25 | 78.38 |
| 7. | Resurgent Capital Services | Unsecured | 614.66 | 1,406.85 |
| 8. | Empress Riverboat Casino | Unsecured | 274.05 | 627.25 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 302.88 | 693.25 |
| 10. | Beneficial Illinois Inc | Unsecured | 403.05 | 922.50 |
| 11. | Resurgent Capital Services | Unsecured | 780.78 | 1,787.11 |
| 12. | Ambulance Service Corp | Unsecured |  | No Claim Filed |
| 13. | Argent Care Inc | Unsecured |  | No Claim Filed |
| 14. | Bariatric Treatment Center | Unsecured |  | No Claim Filed |
| 15. | Columbus Hospital | Unsecured |  | No Claim Filed |
| 16. | Collection Services Division | Unsecured |  | No Claim Filed |
| 17. | Charter One Bank | Unsecured |  | No Claim Filed |
| 18. | Grand Victoria Casino | Unsecured |  | No Claim Filed |
| 19. | HCS Inc | Unsecured |  | No Claim Filed |
| 20. | TCF Bank | Unsecured |  | No Claim Filed |
| 21. | Home Depot | Unsecured |  | No Claim Filed |
| 22. | SBC | Unsecured |  | No Claim Filed |
| 23. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 24. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 25. | Toyota Motor Credit Corporatio | Unsecured |  | No Claim Filed |
| 26. | Sprint PCS | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Haynes, Stacie K | Case Number: 04 B 20097 |
|---|---|---|
| | Haynes, Riley T | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 5/24/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Great Lakes Emer Physicians | Unsecured | | No Claim Filed |
| 28. | Meridian Financial Serv | Unsecured | | No Claim Filed |
| 29. | Hollywood Casino | Unsecured | | No Claim Filed |
| | | | $ 27,279.09 | $ 31,111.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 80.13 |
| 6.5% | 310.48 |
| 3% | 60.09 |
| 5.5% | 299.03 |
| 5% | 85.39 |
| 4.8% | 179.00 |
| 5.4% | 642.56 |
| 6.6% | 92.26 |
| | $ 1,748.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

